# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **CONTINENTAL BANK** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-08938 |
| ) | |
| ) | |
| **AGN CORPORATE, INC., ALEKSANDAR PEROVIC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Jeff Denaer, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Aleksandar Perovic in DuPage County, IL on October 8, 2024 at 7:01 pm at 1927 Oxley Cir, Naperville, IL 60563 by personal service by handing the following documents to an individual identified as Aleksandar Perovic.

Summons
Complaint
Cover Sheet
Exhibits

Additional Description:
Papers were given to resident who said he is Aleksandar Perovic.

White Male, est. age 35-44, glasses: Y, Brown hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=41.8465781235,-87.9900822204
Photograph: See Exhibit 1

Total Cost: $190.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in ___Will County___, ___IL___ on ___10/11/2024___.

/s/ *Jeff Denaer*

Signature
Jeff Denaer
+1 (630) 408-7991
Proof Illinois LLC
No. 117.001863

Below are my previous attempts at serving Aleksandar Perovic:

Date / Time: October 2, 2024 2:47 pm
Address: 2003 South Meyers Road, 416, Oakbrook Terrace, IL 60181
Geolocation: https://google.com/maps?q=41.8464034225,-87.9901607658
Description: I spoke with Michelle Ayala who said Aleksandar Perovic has not lived in this building since 2022.

