**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CONTINENTAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:24-cv-08938 |
| | ) | |
| v. | ) | |
| | ) | Amount Claimed: $128,635.98, plus |
| AGN CORPORATE, INC., and | ) | prejudgment interest, attorney's fees |
| ALEKSANDAR PEROVIC, | ) | and costs |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

**TO:**

AGN Corporate, Inc.  
c/o Aleksandar Perovic  
1927 Oxley Circle  
Naperville, IL 60563

Aleksandar Perovic  
1927 Oxley Circle  
Naperville, IL 60563

    I, Debra Devassy Babu, an attorney, do hereby certify that I caused a correct copy of the *Minute Entry* and *Final Judgment Order*, entered on February 11, 2025, to be served upon the aforementioned parties via first-class mail by depositing the same in the U.S. Mail at 444 N. Michigan Ave., Chicago, Illinois 60611, with proper postage prepaid on this 11th day of February, 2025.

Date: February 11, 2025

CONTINENTAL BANK

By: /s/ Debra Devassy Babu  
Debra Devassy Babu (ARDC # 06282743)  
Darcy & Devassy PC  
444 N. Michigan Avenue, Suite 3270  
Chicago, IL 60611  
(312) 784-2400 (t)  
(312) 784-2410 (f)  
ddevassy@darcydevassy.com

1